UNITED STATES of America and Frank Pace, Jr., Secretary of the Army, Appellants v. William C. BREEDLOVE, Appellee.

No. 13251.

United States Court of Appeals
Fifth Circuit.

Nov. 28, 1950.

Frank B. Potter, U. S. Atty., A. W. Christian, Asst. U. S. Atty., Fort Worth, Tex., Edward J. P. Zimmerman, Sp. Asst. to Atty. Gen., for appellants.

No counsel entered for appellee.

Before HUTCHESON, Chief Judge, and McCORD and BORAH, Circuit Judges.

PER CURIAM.

Since this case was decided below, the Supreme Court has, in Manning v. Seeley Tube & Box Co., 338 U.S. 561, 70 S.Ct. 386, reversed the judgment of the Court of Appeals in that case, on which the district judge relied. The judgment is therefore reversed and the cause is remanded for further and not inconsistent proceedings.

Monroe B. LEVOY, Plaintiff-Appellant, v. STYL–RITE OPTICAL CORPORATION, Defendant-Appellee.

Monroe B. LEVOY, Plaintiff-Appellant, v. IDEAL OPTICAL CO., Inc., Defendant-Appellee.

Nos. 53, 54, Docket 21750, 21751.

United States Court of Appeals
Second Circuit.

Argued Nov. 8, 1950.

Decided Nov. 24, 1950.

Bondy & Schloss, New York City, Judah B. Felshin, New York City, of counsel, for Monroe B. Levoy, plaintiff-appellant.

George M. Glassgold, New York City, Irving F. Goodfriend, New York City, of counsel for Styl-Rite Optical Corp. and Ideal Optical Co., Inc., defendants-appellees.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit judges.

PER CURIAM.

Affirmed on opinion of Kennedy, J., 88 F.Supp. 497.